The Law Office Of
# STEVEN A. MORELLI
1461 Franklin Avenue, Garden City, New York 11530

Tel: 516-393-9151                                   Fax: 516-280-7528

---

June 10, 2015

<u>Via ECF</u>

Hon. Judge James Orenstein
U.S. Magistrate Judge
U.S. District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>Maya v. City of New York, et al (14-CV-6986)</u>

Dear Judge Orenstein:

    This office represents Plaintiff Sally Maya in the above referenced matter. I write to advise Your Honor of the status of the case ahead of the pre-motion conference currently scheduled for June 11, 2015 at 11:30 am. After ongoing negotiations, the parties have reached a settlement agreement and are in the final stages of finalizing said agreement.

    Accordingly, the parties respectfully request the pre-motion conference currently scheduled for June 11, 2015 at 11:30 am be cancelled or, in the alternative, adjourned pending a final settlement agreement between the parties.

    Thank you for your time and consideration regarding this matter.

                                                   Very Truly Yours,

                                                         /S/
                                                Steven A. Morelli

CC:    Tammy Robbins, Esq. (*Via ECF*)
         Damion Stodola, Esq. (*Via ECF*)