UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SALLY MAYA,

                     Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, and HOWARD KWAIT, in his
Official and Individual Capacity,

                     Defendants.

So Ordered
6/12/15
/s/ Judge Raymond J. Dearie

**STIPULATION OF DISMISSAL WITH PREJUDICE**

14 Civ. 6986 (RJD)(JO)

**WHEREAS**, plaintiff SALLY MAYA commenced the above-captioned action alleging discrimination in employment, and;

**WHEREAS**, defendant BOE has denied any and all liability arising out of plaintiff's allegations, and;

**WHEREAS**, the undersigned parties now desire to resolve all of the issues raised in the litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties as represented below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice as to the BOE.

Dated: New York, New York
       June 10, 2015

**LAW OFFICE OF STEVEN A. MORELLI, P.C.**
Attorneys for Plaintiff
1461 Franklin Avenue
Garden City, New York 11530
516-393-9151
smorelli@smorellilaw.com

**ZACHARY W. CARTER**
Corporation Counsel of the
  City of New York
Attorney for Defendant BOE
100 Church Street, Room 2-197
New York, New York 10007-2601
212-356-2078
dstodola@law.nyc.gov

By: _____  By: _____
Steven A. Morelli, Esq.        Damion K. L. Stodola
                               Assistant Corporation Counsel